**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

| | |
|---|---|
| TROY ANTHONY EATON, SR., and<br>APRIL JULY EATON, | Case No.: 15-71583-SCS<br>Chapter 7 |
| Debtors. | |

_____

LAWRENCE H. GLANZER, TRUSTEE,

    Plaintiff,

vs.                                                                                                   APN: 15-7067-SCS

TROY ANTHONY EATON, SR., and
APRIL JULY EATON,

    Defendants.

**NOTICE OF MOTION TO COMPEL DISCOVERY**

    **TAKE NOTICE** that, on November 3, 2015, Lawrence H. Glanzer, Chapter 7 trustee ("Trustee") of the estate of Troy Anthony Eaton, Sr. and April July Eaton (the "Debtors"), filed a Motion to Compel Discovery (the "Motion"). A copy of the Motion is being filed and served together with this Notice.

    **Your rights may be affected.** **You should read the Motion carefully and discuss it with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must attend a hearing to be scheduled at a later date. You will receive a separate notice of hearing.

    Under Local Rule 9013-1, unless a written objection to the Motion is filed with and received by the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, United States Courthouse, 600 Granby Street, Room 400, Norfolk, VA 23510, and received by the Trustee at the address set forth below, **on or before seven (7) business days before the scheduled hearing date,** the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice or hearing.

Dated: November 3, 2015

                                                                             /s/ *Lawrence H. Glanzer, Trustee*
                                                                             Lawrence H. Glanzer, Trustee
                                                                             580 East Main Street, Suite 300
                                                                             Norfolk, VA 23510
                                                                             757-622-9005 (voice); 757-624-9257 (fax)
                                                                             Email: trustee@rgblawfirm.com

<u>PROOF OF SERVICE</u>

      I certify that on November 3, 2015, I will cause the foregoing pleading to be filed via the Court's CM/ECF system, which will thereupon send notice of electronic filing thereof to all registered participants associated with this adversary proceeding, thereby completing service upon them.

                                            */s/ Lawrence H. Glanzer, Trustee*
                                              Lawrence H. Glanzer, Trustee