# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| TROY ANTHONY EATON, SR., ) | |
| APRIL JULY EATON, ) | |
| ) | Case No. 15-71583-SCS |
| *Debtors.* ) | |
| ) | |
| LAWRENCE H. GLANZER, ) | |
|     CHAPTER 7 TRUSTEE, ) | |
| ) | APN 15-07067-SCS |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| TROY ANTHONY EATON, SR., ) | |
| APRIL JULY EATON, ) | |
| ) | Chapter 7 |
| *Defendants.* ) | |

## ORDER APPROVING SETTLEMENT
## AND DISMISSING ADVERSARY PROCEEDING

This matter came on for trial on December 16, 2015, upon the Complaint Objecting to Discharge, filed by Lawrence H. Glanzer, Chapter 7 Trustee. Following commencement of the trial, the parties reached a settlement of the matter, a copy of which is attached hereto and signed by all parties to the settlement. The Court has reviewed the settlement and finds that it should be approved.

Accordingly, the Court APPROVES the settlement and hereby incorporates the terms of the attached settlement into this Order. Pursuant to the terms of the settlement, the above-captioned adversary proceeding is DISMISSED. The approval of the settlement and the dismissal of the adversary proceeding is without prejudice to any other actions related to or arising from the proceedings in this matter.

The Clerk shall mail a copy of this Order to the Plaintiff; to the Defendants; and to counsel for the Defendants.

Entered: 12/16/15

_____
STEPHEN C. ST. JOHN
Chief United States Bankruptcy Judge

SEEN AND AGREED:

_____
Lawrence H. Glanzer, Chapter 7 Trustee

SEEN AND AGREED:

_____
Ronald J. Berg, Counsel for Troy Anthony Eaton, Sr. and April July Eaton

SEEN AND AGREED:

_____
Troy Anthony Eaton, Sr.

SEEN AND AGREED:

_____
April July Eaton

NOTICE OF JUDGMENT OR ORDER
Entered on docket
DEC 16 2015

Lawrence H. Glanzer, Trustee

v.                                    APN: 15-07067-SCS

Troy Anthony Eaton, Sr.
and
April July Eaton

## Terms of Settlement

The undersigned hereby agree to the following terms and conditions of settlement in this adversary proceeding:

1. Within 5 days hereof, Ronald Berg shall refund to the Debtors/Defendants the sum of $995.00, representing the fees paid to file their bankruptcy petition and related papers.

2. Within 5 days hereof, Ronald Berg shall pay the sum of $350.00, to the Trustee, to reimburse the estate for the filing fee for this adversary proceeding.

3. The Court reserves to itself the further investigation of the circumstances of this matter, with all rules of due process to be observed.

4. The trustee shall submit an order, to be endorsed by Mr. Berg, dismissing this adversary proceeding and withdrawing his objection to the discharge of the debtors, which shall thereafter be granted in the ordinary course.

Page 1 of 2

Witness the following signatures on this 16th day of December, 2015:

_____
Lawrence H. Glauzer, Trustee

_____
Ronald J. Berg

_____
Troy A. Eaton, Sr.

_____
April J. Eaton